IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2010 OCT 18 PM 2:36
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
RICHARD W. IVES, JR. )
)
      Debtor ) CH 13 Case No. 07-41394
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

      RICHARD W. IVES, JR.
      523 GENESSEE AVE NE
      WARREN, OH 44483

      $5.02

      **TOTAL:**     **$5.02**

2. A check in the amount of $15.02, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this 15th day of October, 2010.

      _/s/ Michael A. Gallo_
      MICHAEL A. GALLO, TRUSTEE
      20 Federal Plaza West
      Suite #602
      Youngstown, OH 44503
      (330) 743-1246

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
RICHARD W. IVES, JR. )
)
        Debtor ) CH 13 Case No. 07-41394
)
)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this 15th day of October, 2010, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

                MICHAEL A. GALLO, TRUSTEE
                20 Federal Plaza West
                Suite #602
                Youngstown, OH 44503

                By: *Jennifer Buchmann*
                Jennifer Buchmann - Assistant

Trustee:67 TR-009A

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

CREDITOR:523237
VOUCHER FOR CHECK: 823551
DATED: 2010/09/30

Page 1 OF 1

| NAME OF CREDITOR | CASE | CLM # | CDE | SR | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | INTEREST | PAID TO DATE PRINCIPAL | INTEREST | NEW BALANCE PRINC + INT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0640424 | 926 | 6 | 37 | GATTA, SAM J GATTA, MARIA L | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741394 | 926 | 6 | 29 | IVES, JR., RICHARD W. | UNCLAIMED FUNDS | 5.02 | 0.00 | 5.02 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0942292 | 926 | 6 | 25 | FAIRCHILD, GARY A. FAIRCHILD, NORMA J. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |

CURRENT CHECK
#ITEMS 3
PRINCIPAL 15.02
INTEREST 0.00
PRINC + INT 15.02